IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARLA KERN,** | : | CIVIL ACTION NO. 1:17-CV-640 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **HANOVER FOODS CORPORATION,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 15th day of June, 2017, upon consideration of defendant's motion (Doc. 5) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), filed June 12, 2017, and further upon consideration of plaintiff's amended complaint (Doc. 8) filed June 13, 2017, and the court noting that an amended pleading supersedes the original "in providing the blueprint for the future course of the lawsuit," Snyder v. Pascack Valley Hosp., 303 F.3d 271, 276 (3d Cir. 2002); see also 6 CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 1476 (3d ed. 2015), and the court thus finding that the amended complaint renders the original complaint a nullity, it is hereby ORDERED that:

1. Defendant's motion (Doc. 5) to dismiss the original complaint (Doc. 1) is DENIED as moot and without prejudice.

2. Defendant shall respond to the amended complaint (Doc. 8) in accordance with the Federal Rules of Civil Procedure.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania