# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARLA KERN,** | : | CIVIL ACTION NO. 1:17-CV-640 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **HANOVER FOODS CORPORATION,** | : | |
| **Defendant** | : | |

## ORDER REFERRING CASE FOR
## PURPOSES OF SETTLEMENT CONFERENCE ONLY

In accordance with Rule 16.9 of the Local Rules of the United States District Court for the Middle District of Pennsylvania, **IT IS HEREBY ORDERED THAT** this matter is referred to Magistrate Judge Martin C. Carlson for the purpose of conducting a settlement conference only. The settlement conference shall be scheduled at the convenience of Magistrate Judge Carlson.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated:   August 8, 2017