# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLA KERN, | : | Civil No. 1:17-CV-640 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| HANOVER FOODS CORP., | : | |
| | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this 14th day of August 2017, **IT IS HEREBY ORDERED THAT** a settlement conference shall be conducted on **September 21, 2017, at 1:00 p.m.**, in the undersigned's chambers, 11th Floor United States Courthouse, Harrisburg, Pennsylvania. All persons having settlement authority shall be present or available by telephone on the date and time of the conference.

By **September 19, 2017**, the parties shall submit to the undersigned, *U.S. mail or electronic mail*, at:

Chambers_of_Magistrate_Judge_Martin_Carlson@pamd.uscourts.gov

a brief, concise and confidential settlement memorandum setting forth the parties' assessment of the case, and settlement recommendations.

In addition, by **September 15, 2017,** the parties shall begin the settlement process by exchanging a demand by the plaintiff, and a counter-offer by the defendants. The parties' confidential memoranda should update the Court on the status of these settlement discussions.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge